**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TQP DEVELOPMENT LLC | § § | |
| v. | § § | Case No. 2:11-CV-248-JRG-RSP |
| 1-800-FLOWERS.COM, INC., ET AL. | § § | |

**NOTICE TO PARTIES RE JURY SELECTION**

The Court previously set this case for jury selection on November 4, 2013. However, since that time the Court has determined it better to schedule jury selection at the beginning of each week set aside for trial rather than on the first Monday of the month, as was previously the practice when the Docket Control Order in this case was entered. Notice is hereby given that the weeks of November 11 and 18, 2013 will be designated for trial. Juries will be selected at 9:00 a.m. on Tuesday, November 12, 2013 and 9:00 a.m. on Monday, November 18, 2013. The parties should be prepared to pick a jury and begin trial immediately thereafter on both of these dates. At the upcoming pretrial conference in this case, the Court will advise the parties as to their likely order for trial during November 2013.

So Ordered and Signed on this

**Sep 26, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE