**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **TQP DEVELOPMENT, LLC**<br><br>                    Plaintiff,<br><br>     v.<br><br>**1-800-FLOWERS.COM, INC., ET AL.,**<br><br>                    Defendants. | **Civil Action No. 2:11-cv-248-JRG-RSP**<br><br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT NEWEGG INC.'S NOTICE OF REQUEST FOR DAILY
TRANSCRIPT AND REAL TIME REPORTING OF COURT PROCEEDINGS**

Pursuant to the Order Dkt No. 333 in Case No. 2:11-cv-00248 entered September 24, 2013, Defendant Newegg Inc. respectfully requests daily transcripts and Real Time Reporting of Court proceedings for trial.  Defendant Newegg Inc. further notifies the Court that it has emailed the Court Reporter, Shelley Holmes, with its request.

Dated:  September 30, 2013            Respectfully submitted,


                          By: /s/ *Anthony W. Brooks*
                             Kent E. Baldauf, Jr.
                             Bryan P. Clark
                             Anthony W. Brooks
                             James J. Bosco, Jr.
                             Daniel H. Brean
                             THE WEBB LAW FIRM
                             One Gateway Center
                             420 Ft. Duquesne Boulevard, Suite 1200
                             Pittsburgh, PA 15222
                             Tel: (412) 471-8815
                             Fax: (412) 471-4094

                             Trey Yarbrough
                             Texas Bar No. 22133500
                             YARBROUGH ♦ WILCOX, PLLC
                             100 E. Ferguson St., Ste. 1015
                             Tyler, Texas 75702
                             Tel: (903) 595-3111
                             Fax: (903) 595-0191
                             trey@yw-lawfirm.com

                             **Counsel for Defendant**
                             **NEWEGG INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on this date, September 30, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Anthony W. Brooks*
Anthony W. Brooks