## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC<br><br>                    Plaintiff,<br><br>v.<br><br>1-800-FLOWERS.COM, INC., et al.,<br><br>                    Defendants. | Civil Action No. 2:11-cv-00248-JRG-RSP |

## AMENDMENT TO JOINT FINAL PRETRIAL ORDER

Plaintiff TQP Development, LLC ("TQP") and defendant Newegg Inc. ("Newegg") hereby amend the Joint Final Pretrial Order (Dkt. 348) filed on October 8, 2013 with TQP's Amended Exhibit List, filed herewith as "Amended Exhibit 3-A," and with Newegg's Amended Exhibit List, filed herewith as "Amended Exhibit 3-B." Newegg's withdrawn exhibits are indicated in grey highlighting.

This Amendment to the Joint Pre-Trial Order is hereby approved.

**APPROVED AS TO FORM AND SUBSTANCE:**

*/s/ Paul A . Kroeger*

**Andrew W. Spangler**
Email: spangler@spanglerlawpc.com
Texas Bar No. 24041960
Spangler Law P.C.
104 E. Houston Street, Ste. 135
Marshall, Texas 75670
Telephone: (903) 935-3443
Facsimile: (903) 938-7843

**Marc A. Fenster**
Email: mfenster@raklaw.com
CA Bar No. 181067
**Jules L. Kabat**
Email: jkabat@raklaw.com
CA Bar No. 61659
**Alexander C.D. Giza**
Email: agiza@raklaw.com
CA Bar No. 212327
**Adam Hoffman**
Email: ahoffman@raklaw.com
CA Bar No. 218740
**Benjamin T. Wang**
Email: bwang@raklaw.com
CA Bar No. 228712
**Paul A. Kroeger**
Email:pkroeger@raklaw.com
CA Bar No. 229074
**Michael T. Boardman**
Email: mboardman@raklaw.com
CA Bar No. 279153
RUSS, AUGUST & KABAT
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826-7474
(310) 826-6991 (fax)

*Counsel for Plaintiff TQP Development, LLC*

**APPROVED AS TO FORM AND SUBSTANCE:**

*/s/ Daniel Brean*_____

**Kent Baldauf, Jr.**
*Lead Counsel*
**Daniel Brean**
**Anthony W. Brooks**
**James J. Bosco, Jr.**
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 471-8815
Facsimile: (412) 471-4094

*Counsel for Defendant Newegg, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on 10/15/13, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic filing system of the court.

                                                                     */s/ Paul A. Kroeger*