# Amended Exhibit 3-A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

TQP DEVELOPMENT, LLC

V.

1-800-FLOWERS.COM, INC., ET AL.

CASE NO. 2:11-cv-00248-JRG-RSP

**Plaintiff's Third Amended Exhibit List**

**Presiding Judge**
Hon. Rodney Gilstrap

**Plaintiff's Attorneys**
Marc A. Fenster, Alexander C.D. Giza, Adam S. Hoffman, Benjamin T. Wang, Paul A. Kroeger, Judith L. Meadow, Andrew Spangler, Michael T. Boardman

**Defendants' Attorneys**
Debby E. Gunter, Anthony W. Brooks, Bryan P. Clark, Kent E. Baldauf, Jr., Daniel H. Brean, James J. Bosco, Jr.

**Trial Dates**
November 12th and 18th of 2013

**Court Reporter**
Shelley Holmes

**Courtroom Deputy**
Becky Andrews

** Categories: (A) - Will Use; (B) - May Use; (C) - Probably Won't Use

| PLTF EXH. NO | DESCRIPTION | BATES NO. | CATEGORY | MARKED | OFFERED | ADMITTED | OBJECTION | WITNESS |
|---|---|---|---|---|---|---|---|---|
| PX1 | United States Patent No. 5,412,730 (ribbon copy) | TQP0077289-77304 | | | | | | |
| PX2 | Granicus IP, LLC Certificate of Membership Interest in Safe Sales Tech, LLC dated 5/22/08 | TQP0071147 | | | | | | |
| PX3 | Safe Sales Tech, LLC Certificate of Filing Formation Documents | TQP0071141-71146 | | | | | | |
| PX4 | Spangenberg Family Foundation to Benefit Children's Education and Healthcare Certificate of Membership Interest in Safe Sales Tech, LLC dated 11/4/08 | TQP0071148 | | | | | FRE 402, 403 | |
| PX5 | Company Agreement of Safe Sales Tech, LLC dated 5/22/08 | TQP0071149-71176 | | | | | | |
| PX6 | Organizational Consent of Sole Manager of Safe Sales Tech, LLC dated 5/22/08 | TQP0071177-71179 | | | | | | |
| PX7 | Unanimous Written Consent of Sole Manager of Safe Sales Tech, LLC dated 8/26/08 | TQP0071180-71181 | | | | | | |
| PX8 | Certificate of Amendment changing Safe Sales Tech, LLC to The PacID Group, LLC dated 08/26/08 | TQP0071182-71186 | | | | | | |
| PX9 | First Amended and Restated Company Agreement of TQP Development, LLC dated 11/4/08 | TQP0071187-71216 | | | | | | |
| PX10 | Granicus IP, LLC Certificate of Membership Interest in TQP Development, LLC dated 11/4/08 | TQP0071217 | | | | | | |
| PX11 | WITHDRAWN | N/A | | | | | FRE 402, 403 | |
| PX12 | Consent of Sole Manager of TQP Development, LLC dated 11/4/08 | TQP0071219 | | | | | | |
| PX13 | Patent Purchase Agreement between Telequip and Safe Sales Tech | TQP0070567-0070581 | | | | | | |
| PX14 | Certificate of Amended changing The PacID Group, LLC to TQP Development, LLC dated 11/4/08 | TQP0071220-71224 | | | | | | |

| PLTF EXH. NO | DESCRIPTION | BATES NO. | CATEGORY | MARKED | OFFERED | ADMITTED | OBJECTION | WITNESS |
|---|---|---|---|---|---|---|---|---|
| PX15 | Unanimous Written Consent of Sole Manger of The PacID Group, LLC dated 11/4/08 | TQP0071225-71226 | | | | | | |
| PX16 | TT IP, LLC Assignment | TQP0081911-81912 | | | | | | |
| PX17 | United States Patent and Trademark Patent Assignment Abstract of Title for United States Patent No. 5,412,730 | TQP0114924-114925 | | | | | | |
| PX18 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX19 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX20 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX21 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX22 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX23 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX24 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX25 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX26 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX27 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX28 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX29 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX30 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX31 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX32 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX33 | Anatomy and Performance of SSL Processing | BECK_NEWEGG000327-336 | | | | | FRE 402, 403, 802 | |
| PX34 | Protecting Consumer Privacy in an Era of Rapid Change - Recommendations for Businesses and Policymakers, FTC, March 2012 | BECK_NEWEGG003121-3232 | | | | | [Withdrawn] | |
| PX35 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX36 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX37 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX38 | WITHDRAWN | N/A | | | | | FRE 402, 403,802 | |
| PX39 | Stock Purchase Agreement between Crane Co., Telequip Corporation, The Sellers' Representative Committee, Certain Shareholders of Telequip Corporation for the Purchase and Sale of the Capital Stock of Telequip Corporation (Exhibit 3 to Anthony D'Iorio deposition) | Crane00065-303 | | | | | [Withdrawn] | |
| PX40 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX41 | WITHDRAWN | N/A | | | | | FRE 402, 403 | |

| PLTF EXH. NO | DESCRIPTION | BATES NO. | CATEGORY | MARKED | OFFERED | ADMITTED | OBJECTION | WITNESS |
|---|---|---|---|---|---|---|---|---|
| PX42 | TQP Development, LLC Transaction Detail Account from March 2009 through July 2012 (Exhibit 12 to Erich Spangenberg deposition) | TQP0126214-126215 | | | | | FRE 402, 403, 802, D | |
| PX43 | TQP Development, LLC Transaction Detail Account from October 2012 through May 2013 (Exhibit 10 to David Pridham deposition) | TQP0136087 | | | | | FRE 402, 403, 802 | |
| PX44 | Newegg Profile, biz.yahoo.com, accessed May 10, 2013 | BECK_NEWEGG002784-1785 | | | | | | |
| PX45 | Newegg Fact Sheet, newegg.com, accessed May 13, 2013 | BECK_NEWEGG002112 | | | | | | |
| PX46 | Where the Tech Buffs Shop, businessweek.com, November 17, 2005 | BECK_NEWEGG004240-4241 | | | | | | |
| PX47 | Branching out from techie heaven, latimes.com, dated December 29, 2007 | BECK_NEWEGG000404-405 | | | | | | |
| PX48 | Techies Like Cracking Newegg, Pittsburgh Tribune-Review, dated January 13, 2008 | BECK_NEWEGG003775-3778 | | | | | | |
| PX49 | Newegg.com Adds Wireless Service As Part Of Broader Expansion, Twice, dated August 20, 2007 | BECK_NEWEGG002789-2790 | | | | | | |
| PX50 | Newegg Sees Significant Black Friday Growth, Looks to Expand Its Base, dated December 21, 2008 | BECK_NEWEGG002786-2787 | | | | | | |
| PX51 | Newegg, forbes.com, accessed May 13, 2013 | BECK_NEWEGG002788-1-2789-1 | | | | | | |
| PX52 | WITHDRAWN | N/A | | | | | Improper Ex. | |
| PX53 | WITHDRAWN | N/A | | | | | Improper Ex. | |
| PX54 | Customer Log In and Sign Up Page, newegg.com, accessed June 19, 2013 | BECK_NEWEGG000587 | | | | | | |
| PX55 | Customer Log In and Sign Up Page, neweggbusiness.com, accessed June 19, 2013 | BECK_NEWEGG000588 | | | | | | |
| PX56 | Newegg's Privacy Policy, www.newegg.com, accessed June 19, 2013 | BECK_NEWEGG002791-2794 | | | | | | |
| PX57 | Newegg Income Statement | NEW_TQP003433-3462 | | | | | FRE 402, 403 | |
| PX58 | Settlement Agreement betweeb TQP Development, LLC and Jefferies & Company, Inc., dated February 20, 2013 | TQP0127672-127688 | | | | | Improper Ex., [FRE 402, 403] | |
| PX59 | Settlement Agreement between TQP Development, LLC and Broadcast Music, Inc., dated March 31, 2010 | TQP0070689-70703 | | | | | FRE 402, 403 | |
| PX60 | Settlement Agreement between TQP Development, LLC and TT IP, LLC, Oppenheimer Funds, Inc.; Dodge & Cox; New York Life Insurance and Annuity Corporation; New York Life Insurance Company; Nationwide Investment Services Corporation; Nationwide Mutual Insurance Company; The Travelers Indemnity Company; and The Travelers Companies, Inc., dated December 28, 2011 | TQP0081838-81910; and 371361_1-371364_1; (Previously Produced at 80596-80606 but was incomplete; reproduced with the correct bats no. above) | | | | | FRE 402, 403 | |

| PLTF EXH. NO | DESCRIPTION | BATES NO. | CATEGORY | MARKED | OFFERED | ADMITTED | OBJECTION | WITNESS |
|---|---|---|---|---|---|---|---|---|
| PX61 | Settlement Agreement between TQP Development, LLC and Micro Electronics, Inc., dated June 8, 2011 | TQP0077905-77915 | | | | | FRE 402, 403 | |
| PX62 | Patent License and Assignment Option Agreement between TQP Development, LLC and RPX Corporation, dated May 4, 2009 | TQP0071101-71125 | | | | | *[Withdrawn]* | |
| PX63 | Patent Portfolio License between MPEG LA, LLC and Magnell Associate, Inc., dated January 26, 2007 (Exhibit 3 to Lee Cheng deposition, dated April 11, 2013) | NEW_TQP003369-3388 | | | | | FRE 402, 403 | |
| PX64 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX65 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX66 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX67 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX68 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX69 | Data Encryption Standard (DES), Federal Information Processing Standards Publication, dated October 25, 1999 | BECK_NEWEGG000592-617 | | | | | *[Withdrawn]* | |
| PX70 | Announcing the Advanced Encryption Standard (AES) csrc.nist.gov dated November 26, 2001 | BECK_NEWEGG000342-392 | | | | | FRE 802 | |
| PX71 | WITHDRAWN | N/A | | | | | FRE 402, 403 802 | |

| PLTF EXH. NO | DESCRIPTION | BATES NO. | CATEGORY | MARKED | OFFERED | ADMITTED | OBJECTION | WITNESS |
|---|---|---|---|---|---|---|---|---|
| PX72 | WITHDRAWN | N/A | | | | | FRE 402, 403 802 | |
| PX73 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX74 | WITHDRAWN | N/A | | | | | | |
| PX75 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX76 | WITHDRAWN | N/A | | | | | FRE 402, 403,802 | |
| PX77 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX78 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX79 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX80 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX81 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX82 | WITHDRAWN | N/A | | | | | FRE 402, 403 802 | |
| PX83 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX84 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX85 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX86 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX87 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX88 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX89 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX90 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX91 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX92 | Newegg Inc. Form S-1A filed March 15, 2010 | BECK_NEWEGG002561-2783 | | | | | | |
| PX93 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX94 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX95 | Development and License Agreement between Lotus Development Corporation and RSA Data Security, Inc., dated July 29, 1986 (Exhibit 1 to James Bidzos deposition) | TQP0126466-126481 | | | | | | |
| PX96 | Patent License Agreement between RSA Data Security, Inc. and Racal Data Communications Inc., dated April 1, 1986 | MIT-00056-67 | | | | | FRE 402, 403 | |
| PX97 | Patent License Agreement between RSA Data Security, Inc. and Dynasoft AB, dated June 27, 1996 | MIT-00341-353 | | | | | FRE 402, 403 | |

| PLTF EXH. NO | DESCRIPTION | BATES NO. | CATEGORY | MARKED | OFFERED | ADMITTED | OBJECTION | WITNESS |
|---|---|---|---|---|---|---|---|---|
| PX98 | Patent License Agreement between RSA Data Security, Inc. and Intel Corporation, dated August 21, 1996 | MIT-00525-534 | | | | | FRE 402, 403 | |
| PX99 | Patent License Agreement between RSA Data Security, Inc. and Data Fellows Oy, dated August 23, 1996 | MIT-00354-365 | | | | | FRE 402, 403 | |
| PX100 | Patent License Agreement between RSA Data Security, Inc. and Rainbow Technologies, Inc., dated October 21, 1996 | MIT-00327-339 | | | | | FRE 402, 403 | |
| PX101 | License Agreement between RSA Data Security, Public Crytographic Toolkit Products to IBM and IBM dated December 31, 1997 | TQP0128100-128109 | | | | | FRE 402, 403 | |
| PX102 | Patent License Agreement between RSA Data Security, Inc. and nCipher Inc., dated January 15, 1998 | MIT-00291-303 | | | | | FRE 402, 403 | |
| PX103 | Patent License Agreement between RSA Data Security, Inc. and MATRAnet, dated February 23, 1998 | MIT-00304-317 | | | | | FRE 402, 403 | |
| PX104 | United States Patent No. 4,405,829 | BECK_NEWEGG004118-4137 | | | | | | |
| PX105 | WITHDRAWN | N/A | | | | | FRE 402, 403 | |
| PX106 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX107 | WITHDRAWN | N/A | | | | | FRE 402, 403 | |
| PX108 | WITHDRAWN | N/A | | | | | FRE 402, 403 | |
| PX109 | WITHDRAWN | N/A | | | | | FRE 402, 403 | |
| PX110 | WITHDRAWN | N/A | | | | | FRE 402, 403 | |
| PX111 | WITHDRAWN | N/A | | | | | FRE 402, 403 | |
| PX112 | WITHDRAWN | N/A | | | | | FRE 402, 403 | |
| PX113 | WITHDRAWN | N/A | | | | | FRE 402, 403 | |
| PX114 | WITHDRAWN | N/A | | | | | FRE 402, 403 | |
| PX115 | Email from A. Saxon to M. Ciccarelli and V. Patel re Moneygram 408 Communications dated September 12, 2012 | TQP0346640-346642 | | | | | FRE 402, 403, 802, 901 | |
| PX116 | Email from A. Saxon to C. Phipps re US Airways 408 communications, dated September 11, 2012 | TQP0347773 | | | | | FRE 402, 403, 802, 901 | |
| PX117 | Email from J. Spivey to A. Saxon re Piper Jaffray 408 communications, dated May 15, 2012 | TQP0351202-351204 | | | | | FRE 402, 403, 802, 901 | |
| PX118 | WITHDRAWN | N/A | | | | | FRE 402, 403 | |
| PX119 | WITHDRAWN | N/A | | | | | FRE 402, 403 | |
| PX120 | WITHDRAWN | N/A | | | | | FRE 402, 403 | |
| PX121 | WITHDRAWN | N/A | | | | | FRE 402, 403 | |
| PX122 | WITHDRAWN | N/A | | | | | FRE 402, 403 | |
| PX123 | WITHDRAWN | N/A | | | | | FRE 402, 403 | |
| PX124 | WITHDRAWN | N/A | | | | | FRE 402, 403 | |

| PLTF EXH. NO | DESCRIPTION | BATES NO. | CATEGORY | MARKED | OFFERED | ADMITTED | OBJECTION | WITNESS |
|---|---|---|---|---|---|---|---|---|
| PX125 | Newegg Inc. Form S-1 filed September 28, 2009 | BECK_NEWEGG002113-2560 | | | | | | |
| PX126 | WITHDRAWN | N/A | | | | | | |
| PX127 | Newegg Screenshots (Exhibit D to June 24, 2013 Infringement Report of Dr. Trent Jaeger re Newegg) | None | | | | | | |
| PX128 | Newegg Wireshark Logs (Exhibit E to June 24, 2013 Infringement Report of Dr. Trent Jaeger re Newegg) | None | | | | | | |
| PX129 | WITHDRAWN | N/A | | | | | Improper Ex. | |
| PX130 | WITHDRAWN | N/A | | | | | Improper Ex. | |
| PX131 | WITHDRAWN | N/A | | | | | Improper Ex. | |
| PX132 | Reexamination File History for United States Patent No. 5,412,730 | TQP0076108-77288 | | | | | | |
| PX133 | The SSL Protocol Version 3.0, dated November 18, 1996 (Exhibit 14 to Albert Chong deposition) | TQP000647-710 | | | | | [Withdrawn] | |
| PX134 | TLS version 1.0 was defined in RFC 2246 and released in January 1999. | TQP000809-888 | | | | | [Withdrawn] | |
| PX135 | TLS version 1.1 was defined in RFC 4346 and released in April 2006 | TQP000889-975 | | | | | [Withdrawn] | |
| PX136 | TLS version 1.2 was defined in RFC 5246 and released in August 2008. | TQP000976-1079 | | | | | [Withdrawn] | |
| PX137 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX138 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX139 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX140 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX141 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX142 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX143 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX144 | Email from D. Saundres to B. Looney indicating that the RC4 algorithm was set as the first two choices for the TDA NetScalers, dated October 14, 2008 (Dustin Saunders Deposition Exhibit 1) | TDA-Prod_00035916-35918 | | | | | Improper Ex. & FRE 402, 403, 802 | |
| PX145 | Email from J. Dwyer to D. Saunders indicating that the RC4 algorithm was set as the first two choices for the TDA NetScalers, dated November 9, 2005 (Dustin Saunders Deposition 2) | TDA-Prod_00059967-59969 | | | | | Improper Ex. & FRE 402, 403, 802 | |
| PX146 | Newegg Spreadsheet on Orders, Amount and Customers | NEW_TQP026246-26248 | | | | | | |
| PX147 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |

| PLTF EXH. NO | DESCRIPTION | BATES NO. | CATEGORY | MARKED | OFFERED | ADMITTED | OBJECTION | WITNESS |
|---|---|---|---|---|---|---|---|---|
| PX148 | WITHDRAWN | N/A | | | | | Improper Ex. & FRE 402, 403, 802 | |
| PX149 | WITHDRAWN | N/A | | | | | Improper Ex. & FRE 402, 403, 802 | |
| PX150 | WITHDRAWN | N/A | | | | | Improper Ex. & FRE 402, 403, 802 | |
| PX151 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX152 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX153 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX154 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX155 | WITHDRAWN | N/A | | | | | | |
| PX156 | WITHDRAWN | N/A | | | | | | |
| PX157 | File STATE.C State Machine routines for _SECURE.EXE BY Alan Eldridge, dated January 12, 1987 (Exhibit 3 to Alan Eldridge deposition) | IBM000001-19 | | | | | | |
| PX158 | File NTEXPORT.C -- Exported common net routines for _SECURE.EE by Alan Eldridge, dated February 22, 1988 (Exhibit 4 to Alan Eldridge deposition) | IBM000020-30 | | | | | | |
| PX159 | WITHDRAWN | N/A | | | | | FRE 802 | |
| PX160 | WITHDRAWN | N/A | | | | | | |
| PX161 | WITHDRAWN | N/A | | | | | | |
| PX162 | WITHDRAWN | N/A | | | | | | |
| PX163 | WITHDRAWN | N/A | | | | | | |
| PX164 | WITHDRAWN | N/A | | | | | | |
| PX165 | Flow Diagram (Exhibit 2 to Soren Mils deposition and Exhibit 5 to Albert Chong Deposition) | NEW_TQP000010-12 | | | | | | |
| PX166 | WITHDRAWN | N/A | | | | | Improper Ex. | |
| PX167 | Newegg Inc. Screenshots (Exhibit 3 to Soren Mills deposition) | None | | | | | | |
| PX168 | Newegg Inc. Screenshots (Exhibit 4 to Soren Mills deposition) | None | | | | | | |
| PX169 | WITHDRAWN | N/A | | | | | | |
| PX170 | Newegg Inc. Screenshots (Exhibit 6 to Soren Mills deposition) | None | | | | | | |
| PX171 | Newegg Inc. Screenshots (Exhibit 7 to Soren Mills deposition & Exhibit 9 to Albert Chong deposition) | None | | | | | | |
| PX172 | Newegg Inc. Screenshots (Exhibit 8 to Soren Mills deposition & Exhibit 11 to Albert Chong deposition) | None | | | | | | |

| PLTF EXH. NO | DESCRIPTION | BATES NO. | CATEGORY | MARKED | OFFERED | ADMITTED | OBJECTION | WITNESS |
|---|---|---|---|---|---|---|---|---|
| PX173 | Newegg Inc. Screenshots (Exhibit 9 to Soren Mills deposition) | None | | | | | | |
| PX174 | Newegg Inc. Analyst Package, dated November 20, 2012 (Exhibit 10 to Soren Mills deposition) | NEW_TQP003433-3462 | | | | | | |
| PX175 | Excerpted Portions of Newegg Inc. Analyst Package, dated November 20, 2012 (Exhibit 11 to Soren Mills deposition) | NEW_TQP03448-3449 [excerpted from 3433-3462] | | | | | FRE 402, 403 | |
| PX176 | SNMP OID Reference (Exhibit 4 to Albert Chong deposition) | NEW_TQP016552-16619 | | | | | | |
| PX177 | Newegg.com Screenshots (Exhibit 6 to Albert Chong deposition) | None | | | | | | |
| PX178 | Newegg.com Screenshots (Exhibit 7 to Albert Chong deposition) | None | | | | | | |
| PX179 | Newegg.com Screenshots (Exhibit 10 to Albert Chong deposition) | None | | | | | | |
| PX180 | Newegg.com Screenshots (Exhibit 12 to Albert Chong deposition) | None | | | | | | |
| PX181 | Citrix NetScaler Traffic Management Guide v 9.0 (Exhibit 13 to Albert Chong deposition) | NEW_TQP016620-17149 | | | | | | |
| PX182 | WITHDRAWN | N/A | | | | | | |
| PX183 | WITHDRAWN | N/A | | | | | | |
| PX184 | Newegg Inc. Financial Statements as of December 31, 2010 and 2009 and for the years ended December 31, 2020, 2009 and 2008 (Exhibit 2 to Rick Quiroga deposition) | NEW_SFA004128-4158 | | | | | FRE 402, 403 | |
| PX185 | WITHDRAWN | N/A | | | | | | |
| PX186 | Email chain between A. Noto, M. McLaughlin and A. D'Iorio, dated August 21, 2007 (Exhibit 7 to Anthony D'Iorio deposition) | Crane01454-1461 | | | | | *[Withdrawn]* | |
| PX187 | WITHDRAWN | N/A | | | | | FRE 402, 403, 802 | |
| PX188 | TQP Development, LLC's Exhibit A to Infringement Contentions, dated May 2, 2013 re Newegg | TQP/1-800-Flowers-IC 000524-645 | | | | | Improper Ex. & FRE 402, 403, 802 | |
| PX189 | Settlement Agreement between TQP Development, LLC and International Business Machines on behalf of itself and Kenexa Brassring, Inc., dated December 31, 2013 | TQP0127617-127633 | | | | | Untimely; FRE 402, 403 | |