**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC | § § § | |
| v. | § § | Case No. 2:12-CV-68 |
| ZYNGA, INC. | § | |
| | | |
| TQP DEVELOPMENT, LLC | § § | |
| v. | § § | Case No. 2:11-CV-398 |
| ALASKA AIR GROUP INC., et al. | § | |
| | | |
| TQP DEVELOPMENT, LLC | § § | |
| v. | § § | Case No. 2:11-CV-248 |
| 1-800-FLOWERS.COM INC., et al. | § | |

<u>**MEMORANDUM ORDER**</u>

As the parties are aware, the above-captioned cases are scheduled for jury selection on November 12, 2013.  The Court hereby sets the following priority for trial:

1.  PMC v. Zynga

2.  TQP v. Alaska Air Group

3.  TQP v. 1-800-Flowers.com

If a higher-priority case settles or is otherwise dismissed at any point before a jury is selected and sworn in, the next case on the list will be called for trial on November 12, 2013 without delay or continuance.  Thus, all cases must be prepared for jury selection on November 12, 2013.

**SIGNED this 28th day of October, 2013.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE