**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TQP DEVELOPMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> 1-800-FLOWERS.COM, INC. *et al.*, <br><br> Defendants. | Civil Action No. 2:11-cv-248 <br><br><br> District Judge: Rodney Gilstrap <br><br> Magistrate Judge: Roy S. Payne |

## NOTICE OF AMENDED EXHIBIT LIST BY DEFENDANT NEWEGG INC.

Pursuant to the Pretrial Conference of October 21, 2013, Defendant Newegg Inc. hereby files an amended and clean version of its exhibit list (attached hereto as exhibit A) replacing the exhibit list previously filed (Dkt. 352-2).

Dated: October 29, 2013

Respectfully Submitted,

By: /s/ Anthony W. Brooks
Kent E. Baldauf, Jr.
Anthony W. Brooks
Daniel H. Brean
James J. Bosco, Jr.

**THE WEBB LAW FIRM**
One Gateway Center
420 Ft. Duquesne Boulevard, Suite 1200
Pittsburgh, PA 15222
Tel: (412) 471-8815
Fax: (412) 471-4094

Trey Yarbrough
Texas Bar No. 22133500
Debra E. Gunter
Texas Bar No. 24012752

**YARBROUGH ♦ WILCOX, PLLC**
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
Tel: (903) 595-3111

Fax: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

*Counsel for Newegg Inc.*

# CERTIFICATE OF SERVICE

      I certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF system per Local Rule CV-5 on this 29th day of October, 2013.

      /s/ Anthony W. Brooks
Anthony W. Brooks
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Boulevard, Suite 1200
Pittsburgh, PA 15222
Tel: (412) 471-8815
Fax: (412) 471-4094

*Counsel for Newegg Inc.*