# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC | § § | |
| v. | § § | Case No. 2:11- CV-248-JRG-RSP |
| 1-800-FLOWERS.COM. INC., ET AL. | § § | |
| TQP DEVELOPMENT, LLC | § § | |
| v. | § § | Case No. 2:11- CV-398-JRG-RSP |
| ALASKA AIR GROUP, INC., ET AL. | § § | |
| TQP DEVELOPMENT, LLC | § § | |
| v. | § § § | Case No. 2:12- CV-55-JRG-RSP |
| BRANCH BANKING AND TRUST COMPANY | § § | |

### Final Pretrial Conference
### Magistrate Judge Roy Payne, Presiding
### October 29, 2013

**OPEN: 1:30 pm**                                                              **ADJOURNED: 5:10 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Paul Kroeger |
| ATTORNEYS FOR DEFENDANTS: | David Conrad<br>Ricardo Bonilla<br>Anthony Brooks |
| LAW CLERK: | Rudy Fink |
| COURT REPORTER: | Carla Sims |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Paul Kroeger announced ready. Defendants' counsel introduced themselves and identified their clients.

Paul Kroeger informed the Court that the parties have agreed and/or withdrawn some of the objections to the deposition disputes. The Court recessed for the parties to get their remaining issues in order and get copies to the Court.

1:45–2:10  Recess

The parties argued the remaining deposition disputes.  The Court made rulings.

3:50–4:00  Recess

The parties continued with argument.

Regarding the prosecution history estoppel and the doctrine of equivalence that was raised at the last hearing, the Court heard further argument.