# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC | § § | |
| v. | § § | Case No. 2:11-CV-248-JRG-RSP |
| 1-800-FLOWERS.COM, INC., et al. | § § | |

## ORDER ON MOTION TO STRIKE

Before the Court is TQP's Motion to Strike Newegg, Inc.'s "License" and "Patent Exhaustion" Defenses (Dkt. No. 359, filed October 21, 2013.) In its response, Newegg withdrew its license and exhaustion defenses based on the Microsoft license. (Dkt. No. 361, filed October 22, 2013). No reply or sur-reply briefing was filed. TQP's motion is therefore GRANTED. Newegg's "License" and "Patent Exhaustion" defenses are stricken.

**SIGNED this 4th day of November, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE