IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Civil action number: **2:11-cv-00248-JRG-RSP**

2. Style of case:
   TQP Development LLC (July 16, 2013) vs. 1-800-Flowers.com, Inc., et al.
   Defendant, Branch Banking & Trust Company

   TQP Development LLC (July17, 2013) vs. 1-800-Flowers.com, Inc., et al.
   Defendants, Expedia,Inc., Orbitz, LLC and Hotwire, Inc.

3. Nature of the suit: **intellectual property**

4. Method of ADR used: **mediation**

5. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services.  ☐ Settled, in part, as a result of ADR

   ☐ Settled as a result of ADR.  ☒ Parties were unable to reach settlement

   ☐ Continuing to work with the parties to reach settlement *(Note: provider must file supplemental ADR summary Form at conclusion of his/her services)*.

6. Please list persons in attendance (including party association, e.e. defendant, plaintiff):

   Please see attached

Please provide the names, address and telephone number of counsel on the reverse of this form.

10. Provider information:

    Robert Faulkner
    JAMS, Inc.
    8401 North Central Expressway Suite 610
    Dallas, TX 75225
    214-744-5267

_Robert Faulkner/with permission_   11/6/2013
Signature                            Date

<u>Alternative Dispute Resolution Summary</u>
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

**July 16, 2013**

Paul A. Kroeger Esq.
Russ, August & Kabat
12424 Wilshire Blvd.
12th Floor
Los Angeles, CA 90025
Tel: 310-979-8278

Charles Phipps Esq.
Joseph Unis Esq.
Locke Lord, LLP
2200 Ross St.
Suite 2200
Dallas, TX 75201
Tel: 214-740-8000

**July 17, 2013**

Paul A. Kroeger Esq.
Russ, August & Kabat
12424 Wilshire Blvd.
12th Floor
Los Angeles, CA 90025
Tel: 310-979-8278

Wasif H. Qureshi Esq.
Fish & Richardson P.C.
One Houston Center
1221 McKinney, Suite 2800
Houston, TX 77010
Tel: 713-654-5333

Neil J. McNabnay Esq.
Fish & Richardson P.C.
1717 Main St.
Suite 5000
Dallas, TX 75201
Tel: 214-292-4051

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2013, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas.

*Judy Stephenson*
Judy Stephenson, Case Manager