UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| TQP Development LLC, | § § § | |
| Plaintiff(s), | § § | Case No.: 2:11-cv-00248-JRG-RSP |
| vs. | § § | |
| 1-800-Flowers.com Inc et al., | § § § | |
| Defendant(s). | § | |

NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that a statement of redaction will be submitted to the court reporter within 21 days from the filing of the transcript with the Clerk of Court. The proceeding occurred on Oct. 29, 2013 and was reported by Carla A. Sims, CSR RPR, the court reporter.

Dated: November 14, 2013
/s/ Anthony W. Brooks
Attorney for Newegg Inc.

CERTIFICATE OF SERVICE

I hereby certify that on 11/14/2013, a true and correct copy of the foregoing instrument has been served on all counsel of record and the court reporter.

/s/ Anthony W. Brooks
Attorney for Newegg Inc.