IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQP DEVELOPMENT, LLC,**<br><br> Plaintiff,<br><br><br>**1-800-FLOWERS.COM, INC, et al.,** | **Civil Action No. 2:11-CV-248-JRG-RSP**<br><br><br>**JURY TRIAL DEMANDED** |

**JOINT SUBMISSION OF REVISED JURY INSTRUCTIONS PURSUANT TO THE COURT'S NOVEMBER 13, 2013 EMAIL**

Pursuant to the Court's email from Wei Wang on November 13, 2013, the parties have met and conferred and narrowed their differences in the Proposed Jury Instructions submitted to the Court as part of the Pre-Trial Order. (Dkt. No. 348, Ex. 4). Attached hereto as Exhibit 1, please find the parties' revised Proposed Jury Instructions.

While the parties have substantially narrowed their points of dispute, each reserves the right to revise and supplement these instructions as trial progresses and evidence is presented.

Dated: November 15, 2013                    Respectfully Submitted,

/s/ Benjamin T. Wang

**Marc A. Fenster**
Email: mfenster@raklaw.com
CA Bar No. 181067
**Jules L. Kabat**
Email: jkabat@raklaw.com
CA Bar No. 61659
**Alexander C.D. Giza**
Email: agiza@raklaw.com
CA Bar No. 212327
**Adam Hoffman**

Email: ahoffman@raklaw.com
CA Bar No. 218740
**Benjamin T. Wang**
Email: bwang@raklaw.com
CA Bar No. 228712
**Paul A. Kroeger**
Email:pkroeger@raklaw.com
CA Bar No. 229074
**Michael T. Boardman**
Email: mboardman@raklaw.com
CA Bar No. 279153
RUSS, AUGUST & KABAT
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826-7474
(310) 826-6991 (fax)

**Andrew W. Spangler**
Email: spangler@spanglerlawpc.com
Texas Bar No. 24041960
Spangler Law P.C.
104 E. Houston Street, Ste. 135
Marshall, Texas 75670
Telephone: (903) 935-3443
Facsimile: (903) 938-7843

*Counsel for Plaintiff TQP Development, LLC*

/s/ Daniel Brean

**Kent Baldauf, Jr.**
*Lead Counsel*
**Daniel Brean**
**Anthony W. Brooks**
**James J. Bosco, Jr.**
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 471-8815
Facsimile: (412) 471-4094


**Counsel for Newegg, Inc.**