## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. 2:11-cv-00248-JRG |
| | § | |
| 1-800-FLOWERS.COM, INC., et al. | § § | |
| Defendants. | § § § § | |

## ORDER

Before the Court is Plaintiff's Emergency Motion for Reconsideration (Dkt. No. 393) of the Court's previous Order regarding preclusion, wherein Plaintiff asks the Court to reconsider its previous ruling precluding Plaintiff from re-litigating certain issues at trial (Dkt. No. 390).

In light of the impending jury trial to be held on November 19, 2013, the Court deems it proper to expedite the deadline for Defendant's Response to Plaintiff's Motion.   Accordingly, the Court hereby **ORDERS** that to the extent Defendant chooses to file a Response to Plaintiff's Motion, it shall do so by or before 7:00 p.m. today, **November 18, 2013.**

**So ORDERED and SIGNED this 18th day of November, 2013.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE