IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC,<br><br>Plaintiff,<br><br>1-800-FLOWERS.COM, INC, et al.,<br><br>Defendants. | Civil Action No. 2:11-CV-248-JRG-RSP<br><br>CONSOLIDATED<br><br>JURY TRIAL DEMANDED |

## VERDICT FORM

In answering these questions, you are to follow the instructions I have given you in the Charge of the Court.

## QUESTION 1

Did TQP Development, LLC ("TQP") prove by a preponderance of the evidence that Newegg Inc. ("Newegg") directly infringed any of the asserted claims of the '730 Patent?

**Answer "Yes" or "No" for each claim:**

| '730 Patent | Infringed? |
|---|---|
| Claim 1 | Yes |
| Claim 6 | Yes |
| Claim 8 | Yes |
| Claim 9 | Yes |

1

QUESTION 2

Did TQP prove by a preponderance of the evidence that Newegg induced its customers to infringe any of the asserted claims of the '730 Patent?

**Answer "Yes" or "No" for each claim:**

| '730 Patent | Induced Infringement? |
|---|---|
| Claim 1 | Yes |
| Claim 6 | Yes |
| Claim 8 | Yes |
| Claim 9 | Yes |

QUESTION 3

Did Newegg prove by clear and convincing evidence that any of the following claims of the '730 Patent are invalid?

**Answer "Yes" or "No" for each claim:**

| '730 Patent | Invalid? |
|---|---|
| Claim 1 | No |
| Claim 6 | No |
| Claim 8 | No |
| Claim 9 | No |

2

**For any claim you find infringed and not invalid, answer Question 4. If you find that no claim was both infringed and not invalid, then do not answer Question 4.**

### QUESTION 4

What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate TQP for its damages resulting from Newegg's infringement of the '730 Patent?

**Answer in Dollars and Cents:**

$ 2,300,000

INSTRUCTION: *Please sign this verdict form.*

DATE: 11/25/13

_____
Jury Foreperson

3