**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC | § § | |
| v. | § § | Case No. 2:11-CV-248-JRG-RSP |
| NEWEGG INC. | § § | |

**MINUTES FOR JURY TRIAL DAY 5
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
NOVEMBER 25, 2013**

**OPEN:  8:53 a.m.**                                                    **ADJOURN: 7:22 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | (See attached). |
| ATTORNEYS FOR DEFENDANT: | (See attached). |
| LAW CLERK: | Wei Wang<br>Rudy Fink |
| COURT REPORTER: | Shelly Holmes, CSR |
| COURTROOM DEPUTY: | Jan Lockhart |

8:10 a.m.   Hearing outside the presence of the jury.   Exhibits used prior day read into the record.

8:15 a.m.   Jury returned to courtroom.   Direct examination of Dr. Rhyne by Mr. Kroeger continued.

8:41 a.m.   Bench conference.

8:48 a.m.   Court recess.   Jury excused.

8:49 a.m.   Messrs. Bosco and Kroger argued issue outside the presence of the jury.

8:58 a.m.   Court reconvened.   Direct examination of Dr. Rhyne continued.

9:03 a.m.   Cross examination of Dr. Rhyne by Mr. Albright.

9:20 a.m.   Redirect examination of Dr. Rhyne.

9:25 a.m.   Jury excused.   Recess.

9:42 a.m.   Hearing outside the presence of the jury.   Messrs. Reines and Wang argued Judgments as a Matter of Law.   The Court made rulings.

12:48 p.m. Court reconvened.   Hearing outside the presence of the jury.   Parties' arguments as to charge.   Messrs. Wang and Reines

1:20 p.m. Court reconvened.   Hearing outside the presence of the jury re demonstrative.   Mr. Reines argued.

1:23 p.m.   Court's charge to the jury

2:38 p.m.   Mr. Fenster conducted closing argument on behalf of Plaintiff.

3:02 p.m.   Mr. Baldauf conducted closing argument on behalf of Defendant.

3:36 p.m.   Mr. Fenster conducted rebuttal closing argument on behalf of Plaintiff.

3:47 p.m.   Court's final instructions to jury.

7:15 p.m.   Court reconvened.   Jury verdict reached.   Verdict unanimous.

7:22 p.m.   Court adjourned