# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>1-800-FLOWERS.COM, INC., ET AL.,<br><br>　　　　　　　　Defendants. | Civil Action No. 2:11-cv-248-JRG-RSP<br><br>CONSOLIDATED<br><br>JURY TRIAL DEMANDED |

## BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR NEW TRIAL AND MOTION FOR JUDGMENT AS A MATTER OF LAW

The Court hereby amends the briefing scheduled concerning Newegg Inc.'s Rule 50(b) Motion for Judgment as a Matter of Law (Dkt. No. 436) and Rule 59 Motion for a New Trial (Dkt. No. 437) as follows:

| DATE | EVENT |
|---|---|
| March 18, 2013 | TQP's Opposition to Newegg's Rule 50(b) Motion for Judgment as a Matter of Law (Dkt. No. 436) and Rule 59 Motion for a New Trial (Dkt. No. 437) |
| April 3, 2013 | Newegg's Replies in Further Support of Dkt. No. 436 and Dkt. No. 437 |
| April 14, 2013 | TQP's Sur-Replies regarding Dkt. No. 436 and Dkt. No. 437 |

**So ORDERED and SIGNED this 26th day of February, 2014.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE