IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQP DEVELOPMENT, LLC,** *Plaintiff*, v. **1-800-FLOWERS.COM, INC., et al.,** *Defendants*. | NO. 2:11-CV-248-JRG |

### NOTICE OF REQUEST FOR HEARING ON POST-TRIAL MOTIONS

Defendant Newegg Inc. ("Newegg") hereby respectfully requests that this Honorable Court hold a hearing on Newegg's Rule 50(b) Motion for Judgment as a Matter of Law and Rule 59 Motion for a New Trial (Dkt. Nos. 436 and 437, respectively). Briefing on Newegg's motions is now complete, and Newegg respectfully submits that it believes a hearing will be beneficial to the parties and the Court in resolving the numerous issues presented in the motions.

Dated: April 16, 2014

Respectfully submitted,

By: /s/ Daniel H. Brean
Kent E. Baldauf, Jr.
James J. Bosco, Jr.
Daniel H. Brean
Anthony W. Brooks
**THE WEBB LAW FIRM**
One Gateway Center
420 Ft. Duquesne Boulevard, Suite 1200
Pittsburgh, PA 15222
Tel: (412) 471-8815
kbaldaufjr@webblaw.com
jbosco@webblaw.com
dbrean@webblaw.com
abrooks@webblaw.com

**NO. 2:11-CV-248-JRG**

Alan Albright
**BRACEWELL & GUILIANI**
111 Congress Avenue
Suite 2300
Austin, TX 78701-4061
Tel: (512) 494-3620
Fax: (512) 479-3920
alan.albright@bgllp.com

Edward R. Reines
**WEIL, GOTSHAL & MANGES LL**P
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802 3000
Fax: (650) 802 3100
edward.reines@weil.com

Trey Yarbrough (Texas Bar No. 22133500)
Debra E. Gunter (Texas Bar No. 24012752)
**YARBROUGH WILCOX GUNTER PLLC**
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
Tel: (903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com
*Counsel for Newegg Inc.*

**NO. 2:11-CV-248-JRG**

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served on April 16, 2014 upon all counsel of record via the Court's ECF system.

/s/ Daniel H. Brean<br>*Counsel for Newegg Inc*.