N THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

TQP DEVELOPMENT, LLC,

    *Plaintiff,*

      **v.**                         **NO. 2:11-CV-248-JRG**

1-800-FLOWERS.COM, INC., et al.,

    *Defendants*.

## <u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Defendant Newegg respectfully submits the Supreme Court decision in *Limelight Networks, Inc. v. Akamai Technologies, Inc., et al.* (Slip Opinion attached as Exhibit A), which issued on June 2, 2014, as supplemental authority pertinent to its Rule 50(b) Motion for Judgment as a Matter of Law (Dkt. No. 436) and its Rule 59 Motion for a New Trial (Dkt. No. 437).

The decision is relevant because it rejected the rule of *Akamai Techs., Inc. v. Limelight Networks, Inc.*, 692 F. 3d 1301, 1305-07, 1318 (2012) (*en banc*) that a party can be liable for active inducement of infringement of a method claim under 35 U.S.C. § 271(b) when that party is not responsible for the performance of the entire method such that it would be a direct infringer under 35 U.S.C. § 271(a).  *Id.*  In *Limelight*, the Supreme Court definitively held that a party cannot be liable for active inducement unless a single entity has committed an act of direct infringement.  Slip Op. at 4-7.  In other words, in a divided infringement scenario, liability for active inducement cannot exist where a party does not actually perform every step of an asserted claim and does not direct or control others to perform the remaining steps.  *Id.*

Dated: June 4, 2014                     Respectfully submitted,

By:  /s/ Anthony W. Brooks
  Kent E. Baldauf, Jr.
  James J. Bosco, Jr.
  Daniel H. Brean
  Anthony W. Brooks
  **THE WEBB LAW FIRM**
  One Gateway Center
  420 Ft. Duquesne Boulevard, Suite 1200
  Pittsburgh, PA 15222
  Tel: (412) 471-8815
  Fax: (412) 471-4094
  kbaldaufjr@webblaw.com
  jbosco@webblaw.com
  dbrean@webblaw.com
  abrooks@webblaw.com

  Alan Albright
  **BRACEWELL & GUILIANI**
  111 Congress Avenue
  Suite 2300
  Austin, TX 78701-4061
  Tel: (512) 494-3620
  Fax: (512) 479-3920
  alan.albright@bgllp.com

  Edward R. Reines
  **WEIL, GOTSHAL & MANGES LL**P
  201 Redwood Shores Parkway
  Redwood Shores, CA 94065
  Tel: (650) 802 3000
  Fax: (650) 802 3100
  edward.reines@weil.com

  Trey Yarbrough (Texas Bar No. 22133500)
  Debra E. Gunter (Texas Bar No. 24012752)
  **YARBROUGH WILCOX GUNTER PLLC**
  100 E. Ferguson St., Ste. 1015
  Tyler, Texas 75702
  Tel: (903) 595-3111
  Fax: (903) 595-0191
  trey@yw-lawfirm.com

  *Attorneys for Defendant Newegg Inc*.

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on June 4, 2014, a true and correct copy of the foregoing document was served on all counsel of record via the Court's ECF system.


*/s/ Anthony W. Brooks*
Attorney for Newegg Inc.