**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:11-CV-00248 |
| | § | |
| 1-800-FLOWERS, INC., et al., | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

## ORDER

On August 7, 2014, the Court issued a Memorandum Opinion and Order under seal, regarding Defendant Newegg's Motion for Judgment of Laches. (*See* Dkt. No. 454.) The Court did so out of caution that certain information contained therein may be confidential. However, in light of the public's interest in accessing judicial record, the Court believes that confidential information contained in limited portions of a judicial record does not justify maintaining the entire document under seal. As such, the Court intends to make a copy of the August 7, 2014 Memorandum Opinion and Order publically available, after confidential information has been redacted. The parties are hereby **ORDERED** to meet and confer, and file a joint notice with the Court within **three (3) days** of this date, wherein the parties shall submit a redaction list specifying which portion or portions of the opinion they think need to be redacted and a brief explanation supporting each proposed redaction. Upon receiving such notice, the Court will make the redactions where it sees as appropriate, and proceed to make the redacted version of the opinion publically available.

**So ORDERED and SIGNED this 8th day of August, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE