**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **TQP DEVELOPMENT, LLC** | |
| Plaintiff, | **Civil Action No. 2:11-cv-248-JRG-RSP** |
| **v.** | |
| **1-800-FLOWERS.COM, INC., ET AL.,** | **JURY TRIAL DEMANDED** |
| Defendants. | |

**JOINT NOTICE REGARDING REDACTION OF LACHES ORDER**

Pursuant to the Court's Order dated August 8, 2013 (Dkt. No. 455), Plaintiff TQP

Development, LLC ("TQP) and Defendant Newegg Inc. ("Newegg") have met and conferred

regarding the Court's August 7, 2014 Memorandum Opinion and Order, issued under seal,

concerning Newegg's Motion for Judgment of Laches (Dkt. 454, the "Laches Order") and the

parties' desire to redact any portions of the Laches Order.

TQP and Newegg hereby notify the Court that they have no desire to redact any portions

of the Laches Order before it becomes publicly available.

Dated:  August 11, 2014                                      Respectfully Submitted,

| ATTORNEYS FOR PLAINTIFF TQP DEVELOPMENT, LLC | ATTORNEYS FOR DEFENDANT NEWEGG INC. |
| --- | --- |
| /s/ Paul A. Kroeger<br>Marc A. Fenster<br>mfenster@raklaw.com<br>Adam S. Hoffman<br>ahoffman@raklaw.com<br>Alexander C. Giza<br>agiza@raklaw.com<br>Paul A. Kroeger<br>pkreoger@raklaw.com<br>Judith L. Meadow<br>jmeadow@raklaw.com<br>Michael T. Boardman<br>mboardman@raklaw.com<br>Benjamin T. Wang<br>bwang@raklaw.com<br>**RUSS AUGUST & KABAT**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>310.826.7474<br>310.826.6991 (fax) | /s/ Daniel H. Brean<br>Kent E. Baldauf, Jr.<br>kbaldaufjr@webblaw.com<br>James J. Bosco, Jr.<br>jbosco@webblaw.com<br>Daniel H. Brean<br>dbrean@webblaw.com<br>Anthony W. Brooks<br>abrooks@webblaw.com<br>**THE WEBB LAW FIRM**<br>One Gateway Center<br>420 Ft. Duquesne Boulevard, Suite 1200<br>Pittsburgh, PA 15222<br>412.471.8815<br>412.471.4094 (fax)<br><br>Trey Yarbrough<br>Texas Bar No. 22133500<br>**YARBROUGH ♦ WILCOX, PLLC**<br>100 E. Ferguson St., Ste. 1015<br>Tyler, Texas 75702<br>903.595.3111<br>903.595.0191<br>trey@yw-lawfirm.com |

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on August 11, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Daniel H. Brean
*Counsel for Newegg Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for TQP and counsel for Newegg have conferred regarding the foregoing document in compliance with the Court's Order (Dkt. No. 455).

/s/ Daniel H. Brean
*Counsel for Newegg Inc.*