FILED: **7/17/15**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID J. MALAND, CLERK

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: NEWEGG INC.,**
*Petitioner*

---

2015-142

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:11-cv-00248-JRG, Judge J. Rodney Gilstrap.

---

**ON PETITION**

---

**O R D E R**

Upon consideration of Newegg Inc.'s motion to withdraw the petition for writ of mandamus,

IT IS ORDERED THAT:

The motion is granted. The petition is dismissed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26