# UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  2:11-CV-00248 |
| | § | |
| 1-800-FLOWERS.COM, INC., et al. | § | |
| | § | |
| Defendant. | § | |

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Plaintiff, TQP Development, LLC, respectfully moves that Andrew W. Spangler of Spangler Law P.C. be authorized to withdraw as counsel for the Plaintiff in the above-captioned civil action. Movant is represented by other counsel in this matter and the granting of this motion will not result in prejudice to any party nor cause any delay in these proceedings. Plaintiff further requests an order authorizing the clerk to terminate any further ECF notifications to the foregoing attorney.

Dated:  January 8, 2016                                        Respectfully submitted,

                                                               By:  /s/ Andrew W. Spangler
                                                                    Andrew W. Spangler
                                                                    State Bar No. 24041960
                                                                    Spangler Law P.C.
                                                                    208 N. Green St., Suite 300
                                                                    Longview, TX 75601
                                                                    Telephone:  (903) 753-9300
                                                                    Facsimile:  (903) 553-0403
                                                                    Email:spangler@sanglerlawpc.com

                                                                    ATTORNEY FOR
                                                                    TQP DEVELOPMENT, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 8th day of January, 2016, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                            /s/ Andrew W. Spangler
                                            Andrew W. Spangler